In the Matter of the Probate of the Will of MARY
SWEENY, Deceased.
DENNIS SWEENY, Appellant; MARGARET SWEENY
et al., Respondents.

*Matter of Sweeny,* 178 App. Div. 780, affirmed.
(Argued January 9, 1918; decided January 29, 1918.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the first judicial department,
entered July 13, 1917, which reversed a decree of the
New York County Surrogate's Court, entered upon a
verdict adjudging that the paper writing dated July
21, 1914, signed by Mary Sweeny, deceased, was not
her last will; that its execution was procured by fraud,
deceit and undue influence, and that the said writing
was null and void, and probate thereof accordingly denied.
The Appellate Division reversed the decree on the ground
that the verdict was not supported by the evidence and
directed that the will be admitted to probate.

*Jay Noble Emley* for appellant.
*Michael J. Horan* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN,
CARDOZO, POUND and ANDREWS, JJ.